EDWARD WIGHT, an Infant under the Age of Fourteen Years, by ANNA WIGHT, His Guardian ad Litem, and EDWARD R. WIGHT, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Judgment in favor of plaintiffs in an action for personal injuries suffered by the infant plaintiff when the defendant's truck ran over his foot, and for loss of services and expenses, reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. In our opinion the verdicts are against the weight of the credible evidence. Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ., concur.

## FOURTH DEPARTMENT, FEBRUARY, 1938.
### (February 11, 1938.)

In the Matter of the Application of STEVE KAMINSKY, a Member of St. John's Greek Catholic Church of Syracuse, New York, to Take Proof of Elections, etc., Pursuant to the Provisions of Section 25 of the General Corporation Law.— Motion for a stay pending appeal denied, without costs. The order appealed from was discretionary in character and we find no sufficient reason for staying its execution pending appeal. Present — Sears, P. J., Crosby, Taylor and Dowling, JJ.